LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant,
Arnaldo Francesco Trabucco

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-12-22475-MKN |
| ARNALDO FRANCESCO TRABUCCO, | Chapter 7 |
| Debtor. | |
| RICHARD CARDONE, M.D., | Adv. No.: 13-1021-MKN |
| Plaintiff, | |
| vs. | |
| ARNALDO FRANCESCO TRABUCCO, | |
| Defendant. | |

### SUBSTITUTION OF ATTORNEYS

LARSON & ZIRZOW, LLC, hereby accepts the substitution as counsel of record in the above-captioned matter in place and stead of COHEN-JOHNSON, LLC for all purposes on behalf of Defendant, ARNALDO FRANCESCO TRABUCCO.

. . .

. . .

. . .

Dated: October 9, 2013.

| COHEN-JOHNSON, LLC | LARSON & ZIRZOW, LLC |
|---|---|
| By: /s/ H. Stan Johnson | By: /s/ Zachariah Larson |
| H. STAN JOHNSON, ESQ. | ZACHARIAH LARSON, ESQ. |
| Nevada Bar No. 265 | Nevada Bar No. 7787 |
| E-mail: sjohnson@cohenjohnson.com | E-mail: zlarson@lzlawnv.com |
| BRIAN A. MORRIS, ESQ. | MATTHEW C. ZIRZOW, ESQ. |
| E-mail: bam@cohenjohnson.com | Nevada Bar No. 7222 |
| Nevada Bar No. 11217 | E-mail: mzirzow@lzlawnv.com |
| DAVID E. BRUGGENWIRTH, ESQ. | 810 S. Casino Center Blvd. #101 |
| Nevada Bar No. 9770 | Las Vegas, Nevada 89101 |
| E-mail: dbruggenwirth@cohenjohnson.com | |
| 225 E. Warm Springs Road, Suite 100 | |
| Las Vegas, Nevada 89118 | |

Defendant, ARNALDO FRANCESCO TRABUCCO, hereby authorizes the substitution of LARSON & ZIRZOW, LLC, as counsel of record in the above-captioned matter in the place and stead of COHEN-JOHNSON, LLC for all purposes on his behalf.

Dated: October 9, 2013.

/s/ Arnaldo Francesco Trabucco
ARNALDO FRANCESCO TRABUCCO

2